IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. ) | No. 1:14-cv-00612-RC |

**JOINT STATUS REPORT**

The parties submit this status report in accordance with the Court's order dated March 3, 2015. Since this case began, the Internal Revenue Service ("Service") has produced 17,266 pages of responsive documents to the Republican National Committee ("RNC"). The parties have successfully negotiated an agreement limiting the scope of Plaintiff's request to certain keywords and/or categories of documents.

The Service has agreed to continue a rolling production of documents responsive to the RNC's request. The Service and the RNC have agreed that the Service will continue to produce additional responsive documents to the RNC on a monthly basis for the next three months (*i.e.,* June through August). The parties do not need the Court to set a briefing schedule to determine any issues at this time. The parties will file a status report on or before September 9, 2015, regarding further proceedings. That status report will address the following: (a) whether the parties have agreed to a continuing schedule for production of responsive documents, and if so,

//

//

12763948.1

the nature of that schedule; and (b) whether the parties need the Court to set a briefing schedule to determine any issues.

Dated: June 3, 2015

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 307-6346
Facsimile:  (202) 514-6866
Email:  geoffrey.j.klimas@usdoj.gov
*Counsel for the Plaintiff*

/s/ Jason B. Torchinsky (with permission)
JASON B. TORCHINSKY
Holtzman Vogel Josefiak, PLLC
45 North Hill Drive
Suite 100
Warrenton, VA 20186
Tel: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@hvjlaw.com
*Counsel for the Defendant*

OF COUNSEL:
VINCENT H. COHEN, JR.
Acting United States Attorney

12763948.1

CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2015, I caused to be served via the Court's ECF system the following documents:

      (1) JOINT STATUS REPORT

Upon:

      Jason B. Torchinsky
      Holtzman Vogel Josefiak, PLLC
      45 North Hill Drive
      Suite 100
      Warrenton, VA 20186

      /s/ Geoffrey J. Klimas
      GEOFFREY J. KLIMAS

12763948.1