IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:14-cv-00612-RC ) ) |
| INTERNAL REVENUE SERVICE, | ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

The parties hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice. It is further stipulated that the Internal Revenue Service shall pay the Republican National Committee $20,349.94 in full satisfaction of its claim for attorneys' fees and costs.

Dated: March 1, 2016

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6346
Facsimile: (202) 514-6866
Email: geoffrey.j.klimas@usdoj.gov
*Counsel for the Plaintiff*

/s/ Jason B. Torchinsky (with permission)
JASON B. TORCHINSKY
Holtzman Vogel Josefiak, PLLC
45 North Hill Drive
Suite 100
Warrenton, VA 20186
Tel: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@hvjlaw.com
*Counsel for the Defendant*

OF COUNSEL:
CHANNING D. PHILLIPS
United States Attorney

13626651.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I caused to be served via the Court's ECF system the following documents:

(1) JOINT STIPULATION OF DISMISSAL

Upon:

Jason B. Torchinsky
Holtzman Vogel Josefiak, PLLC
45 North Hill Drive
Suite 100
Warrenton, VA 20186

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS

13626651.1